**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMERIFACTORS FINANCIAL
GROUP, LLC,

    Plaintiff(s),

v.                                                                                          CASE NO: 8:12-CV-216-T-30AEP

WINDSTREAM SUPPLY, LLC,

    Defendant(s).
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Stipulation to Entry of Order Transferring Venue (Dkt. #12). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Stipulation to Entry of Order Transferring Venue (Dkt. #12) is GRANTED.

2. The Clerk of this Court is directed to **transfer** this case to the United States District Court for the Eastern District of Arkansas (Western Division).

3. The Defendant's Motion to Dismiss or, in the Alternative, for Transfer of Venue, and Motion for Extension of Time to Respond to Complaint (Dkt. #9) is terminated as MOOT.

**DONE** and **ORDERED** in Tampa, Florida on April 2, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*S:\Even\2012\12-cv-216.transfer venue.wpd*